UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHEILA ROBERTSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:18-CV-454-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 32]. In sum, the court DENIES plaintiff's motion for judgment on the pleadings [D.E. 28], GRANTS defendant's motion for judgment on the pleadings [D.E. 29], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on January 14, 2020, and Copies To:**
| | |
|---|---|
| Scott A. Scurfield | (via CM/ECF electronic notification) |
| Lisa M. Rayo | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>January 14, 2020 | PETER A. MOORE, JR., CLERK<br>(By) /s/ Nicole Sellers<br>Deputy Clerk |